# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00340-CR

**Jose Francisco Lagos, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C-1-CR-10-201871, HONORABLE NANCY W. HOHENGARTEN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Jose Francisco Lagos seeks to appeal from his conviction for failure to identify as a fugitive from justice. *See* Tex. Penal Code Ann. § 38.02 (West Supp. 2010). The trial court has certified that Lagos waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: February 24, 2011

Do Not Publish